# Exhibit A

IN THE COUNTY COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA
CIVIL DIVISION

JENNIE MARTINEZ,

    *Plaintiff,*

v.

CLARITY SERVICES, INC.,

    *Defendant.*

Case Number:

Jury Trial Demanded

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, **Jennie Martinez** ("Ms. Martinez"), by and through her attorneys, Seraph Legal, P.A., and complains of the Defendant, **Clarity Services, Inc.** ("Clarity"), stating as follows:

## PRELIMINARY STATEMENT

1. This is an action for damages greater than $8,000, but does not exceed $50,000, exclusive of attorneys' fees and costs, brought by Ms. Martinez against Clarity for violations of the *Fair Credit Reporting Act*, 15 U.S.C. § 1681, *et seq.* ("**FCRA**").

## JURISDICTION AND VENUE

2. Subject matter jurisdiction arises under the FCRA, 15 U.S.C. § 1681p, and § 34.01, Fla. Stat.

3. Clarity is subject to the provisions of the FCRA and is subject to the jurisdiction of this Court pursuant to § 48.193, Fla. Stat.

4. Venue is proper in Polk County, Florida because the acts complained of were committed and / or caused by the Defendant within Polk County.

## PARTIES

5. **Ms. Martinez** is a natural person residing in the city of Lakeland, Polk County, Florida.

6. Ms. Martinez is a *"consumer"* as defined by the FCRA, 15 U.S.C. § 1681a(c).

7. Ms. Martinez is also known as *Jeni Nelson*.

8. **Clarity** is a Delaware corporation with a principal business address of 475 Anton Blvd., Costa Mesa, CA 92626.

9. Clarity is registered to conduct business in the State of Florida, where its Registered Agent is CT Corporation System, **1200 South Pine Island Rd., Plantation, FL 33324**.

10. Clarity is a nationwide *Credit Reporting Agency* ("**CRA**") within the meaning of the FCRA, 15 U.S.C. § 1681a(f), in that it, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and uses various means of interstate commerce for the purpose of preparing or furnishing consumer reports, specifically including mail and telephone communications.

## FACTUAL ALLEGATIONS

### Clarity Produces Clearly Erroneous Report on Plaintiff

11. Around August 2017, Clarity began maintaining a credit file on Ms. Martinez. **SEE PLAINTIFF'S EXHIBIT A.**

12. Shortly thereafter, Clarity began inserting clearly erroneous – and often preposterous – data into his file.

13. On August 11, 2023, Ms. Martinez requested and obtained a copy of her Clarity credit disclosure.

14. Clarity disclosure included tradelines on two separate accounts, the balances for which had previously been settled.

15. Clarity reported that Ms. Martinez had a Credit Ninja account with a past due balance of $3,948, and a next payment amount of $3,948. *Id.*

16. The balance of the Credit Ninja account was settled in January 2022.

17. The Credit Ninja tradeline was last updated in January 2022, more than 18 months prior to the date Ms. Martinez obtained her Clarity disclosure.

18. Likewise, Clarity reported that Ms. Martinez had a past due balance of $7,975 with Personify, and a next payment amount of $7,975. *Id.*

19. However, in November 2022, the balance with Personify was also settled.

20. The Personify tradeline was last updated in August 2022, more than 12 months prior to the date Ms. Martinez obtained her Clarity disclosure.

21. These two accounts appearing in Clarity's report on Ms. Martinez are false and contain outdated information.

22. Clarity, as a CRA, has a legal obligation to use reasonable procedures to ensure the maximum possible accuracy of its consumer reports. 15 U.S.C. § 1681e(b).

23. Clarity knew, or should have known that, when it sold reports on Ms. Martinez, it was including data which had almost no possibility of being true, as both accounts were short-term loans.

24. Such loans, by their nature, are updated every two weeks, or at most, every month.

25. Clarity knew, or should have known, that including short-term loans which had not been updated for over a year, was likely to result in false information being included in Ms. Martinez's consumer reports.

26. The inclusion of the aforementioned alone establishes that Clarity lacks reasonable procedures designed to ensure maximum possible accuracy of the reports it sells, as such data could not reasonably be trusted.

27. Additionally, Clarity's consumer inquiry report dated August 11, 2023, lists the address in which Ms. Martinez is employed as "123 Main Street, Lakeland, FL". **SEE PLAINTIFF'S EXHIBIT B.**

28. Clarity also reported her occupation as "F" [sic]. *Id.*

29. Clarity had no reason to believe this was true, as no person has an occupation reasonably described as "F".

30. The reporting of Ms. Martinez's occupation as "F" is, upon information and belief, a default code inserted by Clarity's systems when a furnisher leaves data about the consumer's occupation blank.

31. No guide, legend, or other information exists to inform Ms. Martinez (or readers of her report) that "F" is simply Clarity shorthand for "no data reported."

32. The reporting of Ms. Martinez's employer address as "123 Main St." is, upon information and belief, a default value or "placeholder" inserted by Clarity's systems when a furnisher fails to include the address of the consumer's employer.

33. In addition to the false employer address and occupation, Clarity disclosed numerous "Date of Next Paycheck" dates which were *prior to* the date such information was reported, rending them impossible.

34. For example, Clarity disclosed that Ms. Martinez's next paycheck was June 15, 2020, on June 20, 2020.

35. Thus, Clarity's automated systems are programmed to *intentionally insert false and inaccurate information* into a consumer's file.

36. Upon learning Clarity now has additional, incorrect information regarding her personal information, Ms. Martinez became very upset, panicked, and concerned, as credit reports concerning her contained egregiously wrong information about her.

37. Records from Clarity show that it sold at least 19 reports in the past two years, all of which contain false information. **SEE PLAINTIFF'S EXHIBIT A.**

38. Clarity failed to use reasonable procedures in producing the consumer reports regarding Ms. Martinez sold to these lenders, as any reasonable procedure would have determined that Clarity's information was outdated, resulting in multiple incorrect tradelines, and that the address and employment information was fabricated by Clarity itself, and not accurately associated with Jennie Martinez.

39. Clarity is aware that its automated systems permit the reporting of tradelines on short-term, payday loans, even when the reported account information has not been updated for a year or more.

40. Clarity thus acted willfully, or in the alternative, with gross recklessness.

41. Clarity's conduct has damaged Ms. Martinez's reputation and negatively affected her ability to obtain credit.

42. Ms. Martinez has also spent time and money to correct her file, force the Defendant to comply with its statutory obligations and procure counsel.

43. Ms. Martinez has hired this law firm to represent her in this matter and has assigned the firm her right to fees and costs.

## COUNT I
## CLARITY'S WILLFUL VIOLATIONS OF THE FCRA, 15 U.S.C. § 1681e(b)

44. Ms. Martinez adopts and incorporates paragraphs 1 - 43 as if fully stated herein.

45. Clarity violated **15 U.S.C. § 1681e(b)** when it failed to follow reasonable procedures to assure maximum possible accuracy of a consumer report by including the aforementioned incorrect information on a report concerning Ms. Martinez on at least 19 separate occasions in the past 2 years.

46. Clarity's conduct was willful and intentional, or, alternately, was done with reckless disregard for its duties under the FCRA to provide reports with maximum possible accuracy.

47. Clarity is thus liable to Ms. Martinez, pursuant to 15 U.S.C. § 1681n, for the greater of Ms. Martinez's actual damages and statutory damages of up to $1,000 for each occurrence, reasonable attorneys' fees, and costs.

**WHEREFORE,** Ms. Martinez respectfully requests this Honorable Court enter judgment against Clarity for:

a. The greater of Ms. Martinez's actual damages and statutory damages of $1,000 per violation (for a total of **$19,000**) pursuant to 15 U.S.C. § 1681n(a)(1)(A);

b. Punitive damages pursuant to 15 U.S.C. § 1681n(a)(2);

c. Reasonable costs and attorneys' fees pursuant to pursuant to 15 U.S.C. § 1681n(a)(3); and,

d. Such other relief that this Court deems just and proper.

## COUNT II
## CLARITY'S NEGLIGENT VIOLATIONS OF THE FCRA, 15 U.S.C. § 1681e(b)

48. Ms. Martinez adopts and incorporates paragraphs 1 - 43 as if fully stated herein.

49. Clarity violated **15 U.S.C. § 1681e(b)** when it failed to follow reasonable procedures to assure maximum possible accuracy of a consumer report by including the aforementioned incorrect information on a report concerning Ms. Martinez on at least 19 separate occasions in the past 2 years.

50. Clarity owed Ms. Martinez a legal duty to utilize reasonable procedures to assure maximum possible accuracy of consumer reports sold regarding Ms. Velazquez.

51. Clarity breached this duty when it sold consumer reports that included already settled debt accounts and it failed to investigate and update this information for over a year.

52. Clarity thus acted negligently, and accordingly, Clarity is liable, pursuant to 15 U.S.C. § 1681o, for Ms. Martinez's actual damages, reasonable attorneys' fees, and costs.

**WHEREFORE,** Ms. Martinez respectfully requests this Honorable Court enter judgment against Clarity for:

a. Ms. Martinez's actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

b. Reasonable costs and attorneys' fees pursuant to pursuant to 15 U.S.C. § 1681o(a)(2); and,

c. Such other relief that this Court deems just and proper.

### COUNT III
### CLARITY'S WILLFUL VIOLATIONS OF THE FCRA, 15 U.S.C. § 1681g(a)(1)

53. Ms. Martinez adopts and incorporates paragraphs 1 - 43 as if fully stated herein.

54. Clarity violated **15 U.S.C. § 1681g(a)(1)**, when responding to Ms. Martinez's request for her consumer disclosure, by failing to clearly and accurately disclose to Ms. Martinez, a consumer, all of the information in her file at the time of the request. Specifically, Clarity disclosed a blatantly false employment address, occupation, and next paycheck dates.

55. Clarity did not disclose the source(s) of the aforementioned false information contained in Mr. Martinez's credit file.

56. Clarity's conduct was willful and intentional, or, alternately, was done with a reckless disregard for its duties under the FCRA to provide clear and accurate disclosures, and its policies could reasonably be foreseen to cause harm to Ms. Martinez.

57. Clarity's systems were actually designed to input the wildly false data.

58. Clarity thus acted willfully.

59. As a result of its conduct, Clarity is liable to Ms. Martinez pursuant to the FCRA for the greater of Ms. Martinez's actual damages or statutory damages of up to $1,000 for *each occurrence*, per 15 U.S.C. § 1681n.

60. Alternatively, Clarity's conduct was the result of negligence and Clarity is liable to Ms. Martinez for her actual damages per 15 U.S.C. § 1681o.

**WHEREFORE,** Ms. Martinez respectfully requests this Honorable Court enter judgment against Clarity for:

   a. The greater of Ms. Martinez's actual damages and statutory damages of **$1,000** per incident (for a total of **$2,000**, based solely upon information known at the time of filing), pursuant to 15 U.S.C. § 1681n(a)(1)(A);

   b. Punitive damages pursuant to 15 U.S.C. § 1681n(a)(2);

   c. Reasonable costs and attorneys' fees pursuant to pursuant to 15 U.S.C. § 1681n(a)(3); and,

   d. Such other relief that this Court deems just and proper.

## COUNT IV
## CLARITY'S NEGLIGENT VIOLATIONS OF THE FCRA, 15 U.S.C. § 1681g(a)(1)

61. Ms. Martinez adopts and incorporates paragraphs 1 - 43 as if fully stated herein.

62. Clarity violated **15 U.S.C. § 1681g(a)(1)**, when responding to Ms. Martinez's request for her consumer disclosure, by failing to clearly and accurately disclose to Ms. Martinez, a consumer, all of the information in her file at the time of the request. Specifically, Clarity disclosed a blatantly false employment address, occupation, and next paycheck dates.

63. Clarity owed Ms. Martinez a legal duty to clearly and accurately disclose all of the information in her file at the time of the request.

64. Clarity breached this duty when it disclosed a blatantly false employment address, occupation, and next paycheck dates and its policies could reasonably be foreseen to cause harm to Ms. Martinez and failed to disclose the source(s) of the aforementioned false information.

65. Clarity thus acted negligently, and accordingly, Clarity is liable, pursuant to 15 U.S.C. § 1681o, for Ms. Martinez's actual damages, reasonable attorneys' fees, and costs.

**WHEREFORE,** Ms. Martinez respectfully requests this Honorable Court enter judgment against Clarity for:

 a. Ms. Martinez's actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

 b. Reasonable costs and attorneys' fees pursuant to 15 U.S.C. § 1681o(a)(2); and,

 c. Such other relief that this Court deems just and proper.

## JURY TRIAL DEMANDED

Ms. Martinez hereby demands a trial by jury on all issues so triable.

Respectfully submitted on March 11, 2024, by:

                                                               **SERAPH LEGAL, P. A.**

                                                               */s/ Fethullah Gulen*
                                                                Fethullah Gulen, Esq.
                                                                Florida Bar No: 1045392
                                                                2124 W Kennedy Blvd, Suite A
                                                                Tampa, FL 33606
                                                               Tel: 813-567-1230 (Ext: 405)
                                                                Fax: 855-500-0705
                                                               FGulen@SeraphLegal.Com
                                                               *Counsel for Plaintiff,*
                                                               *Jennie Martinez*

## EXHIBITS

A     Ms. Martinez's Clarity Consumer Disclosure, March 7, 2024 – Excerpts
B     Ms. Martinez's Clarity Consumer Disclosure, August 11, 2023 - Excerpt

# EXHIBIT A
## Ms. Martinez's Clarity Consumer Disclosure, March 7, 2024 – Excerpts

## Clarity Report for MARTINEZ, JENNIE

3/7/2024

### Consumer

Name
MARTINEZ, JENNIE

Address

LAKELAND, FL 33811

Reference Number

### Notices

Enclosed is a copy of your Clarity Credit Report and/or Clarity Credit Score, a "Summary of Your Rights Under the Fair Credit Reporting Act", and any applicable state rights for you. Below you can find links to help you read and understand this document.

If you wish to dispute information contained in your report, please call us to explain your dispute. You may also provide additional documentation to support your dispute, but it is not required. If you requested your Clarity Credit Report, but not your Clarity Credit Score, you may request and obtain a Clarity Credit Score.

OFAC score and flag values are derived from information maintained by the Office of Foreign Assets Control, a division of the U.S. Department of Treasury. The "Valid Social Security Format" and "Social Security Deceased" values are derived from information maintained by the Social Security Administration (SSA).

The latest information on how to read your Clarity consumer file disclosure can be found at:

https://consumersupport.clarityservices.com/how_to_read_report

The latest information on how to read your Clarity Credit Score can be found at:

https://consumersupport.clarityservices.com/how_to_read_score

Disclaimer: This consumer report may contain personally identifiable information, and may be used only in accordance with all regulatory guidelines.
©2009 - 2024 Clarity Services Inc. All Rights Reserved.

# EXHIBIT A
## Ms. Martinez's Clarity Consumer Disclosure, March 7, 2024 – Excerpts

Account #16

### Consumer

| | |
|---|---|
| Name: NELSON, JENI | Date of Birth: |
| Address: | |
| Bank Routing Number: | Bank Account Number: |
| Phone Number: | |

### Current

| | | | |
|---|---|---|---|
| Account #: | | Company: | Credit Ninja/First Electronic Bank |
| Account Type: | Online Installment Loan | Credit Limit: | |
| Ownership: | Individual | Current Loan Amount: | $3,264 |
| Number of Payments: | 36 | Current Balance: | $3,948 |
| Payment Frequency: | Semimonthly Only | Past Due: | $3,948 |
| Open Date: | 5/19/2021 | Actual Payment: | $255 |
| First Due Date: | 6/2/2021 | Next Payment Amount: | $3,948 |
| Last Update Date: | 1/14/2022 | Status: | Charge-Off |
| Delinquency Date: | 11/16/2021 | Closed Date: | 1/14/2022 |
| Payment History: | +-##0000000-000 | Closed Status: | |
| Comment: | | | |
| Consumer Dispute: | | | |

### Historical

| | | | |
|---|---|---|---|
| Original Account Type: | Online Installment Loan | Original Loan Amount: | $3,264 |
| First Payment Date: | 6/1/2021 | First On-Time Payment Date: | 6/1/2021 |
| Last Payment Date: | 11/17/2021 | Last On-Time Payment Date: | 11/15/2021 |
| Total Late Payments: | 2 | Collections (#): | 0 |
| Amount of Late Payments: | $0 | Total Collections: | $0 |
| Total Days Late: | -14 | Days in Collections: | 55 |
| Longest Late Payment: | 1 | Last Collection Date: | 1/14/2022 |
| Charged Off Date: | 1/14/2022 | Worst Payment Status: | Charge-Off |
| Charge Off Amount: | $3,948 | First Closed Date: | 1/14/2022 |

# EXHIBIT A
## Ms. Martinez's Clarity Consumer Disclosure, March 7, 2024 – Excerpts

Account #19

### Consumer

| | |
|---|---|
| Name: MARTINEZ, JENNIE | Date of Birth: |
| Address: | |
| Bank Routing Number: | Bank Account Number: |
| Phone Number: | |

### Current

| | |
|---|---|
| Account #: | Company: Personify |
| Account Type: Unsecured | Credit Limit: $0 |
| Ownership: Individual | Current Loan Amount: $8,954 |
| Number of Payments: 36 | Current Balance: $7,975 |
| Payment Frequency: Semimonthly Only | Past Due: $7,975 |
| Open Date: 9/23/2021 | Actual Payment: $0 |
| First Due Date: | Next Payment Amount: $7,975 |
| Last Update Date: 1/31/2024 | Status: Charge-Off |
| Delinquency Date: 7/31/2022 | Closed Date: |
| Payment History: +-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-X-W-V-0-0-0-0-0-0-0-0-0- | Closed Status: |
| Comment: | |
| Consumer Dispute: | |

### Historical

| | |
|---|---|
| Original Account Type: Unsecured | Original Loan Amount: $8,954 |
| First Payment Date: 10/16/2021 | First On-Time Payment Date: 10/16/2021 |
| Last Payment Date: 6/16/2022 | Last On-Time Payment Date: 6/16/2022 |
| Total Late Payments: 1 | Collections (#): 0 |
| Amount of Late Payments: $0 | Total Collections: $0 |
| Total Days Late: -45 | Days in Collections: 0 |
| Longest Late Payment: 0 | Last Collection Date: |
| Charged Off Date: 10/31/2022 | Worst Payment Status: Charge-Off |
| Charge Off Amount: $7,975 | First Closed Date: |

# EXHIBIT A
## Ms. Martinez's Clarity Consumer Disclosure, March 7, 2024 – Excerpts

**Check Cashing Details** (Check cashing information is furnished by VALID Systems)

| No check cashing information found. |
| --- |

### Inquiries seen by others

The 'Tracking #' located after 'Date' and 'Time' allows you to associate the data that originated from the same inquiry. For example, when the 'Tracking #' is the same for your name, date of birth and driver's license/state, then all those data elements came from the same inquiry.

| Date/Time/Tracking # | Purpose | Type | Company |
| --- | --- | --- | --- |
| 11/13/2023 3:18:26 pm EST sawh25rrBt | Credit Application | Online Installment Loan | Boost |
| 10/27/2023 8:39:48 am EDT cmnpywje4t | Credit Application | Online Installment Loan | Credit Cube |
| 10/3/2023 6:35:14 am EDT 4zfdc3aqfh | Credit Application | Online Installment Loan | Experian on behalf of OneMain |
| 9/20/2023 1:56:31 pm EDT 9w1a8ekjp8 | Credit Application | Online Installment Loan | WithU Loans |
| 8/20/2023 10:02:47 pm EDT f1bx09xrzmn | Credit Application | Online Installment Loan | BlueChip dba Spotloan |
| 8/17/2023 8:29:41 am EDT 16r570gre7 | Credit Application | Online Installment Loan | Upfront Proc/Loan Smith/Insight |
| 8/16/2023 9:50:22 am EDT xeqf6r53th | Credit Application | Online Installment Loan | Credit Cube |
| 8/15/2023 4:22:41 pm EDT 5s2ag0n3gb | Credit Application | Online Installment Loan | W6LS, Inc |
| 8/15/2023 3:15:26 pm EDT zx07y87ccr | Credit Application | Online Installment Loan | Bison Green Lending |
| 8/11/2023 10:08:14 pm EDT 6ke3586zew | Credit Application | Online Installment Loan | The Bank of Orrick/Atlas |
| 8/4/2023 3:56:11 pm EDT 7yeqr426r5 | Credit Application | Online Installment Loan | CCCnct-TLS-Fulton-GDS |
| 4/21/2023 8:28:47 pm EDT 525yjpw58g | Credit Application | Online Installment Loan | Explore Credit/Hive Financial Systems |
| 4/21/2023 8:26:29 pm EDT jt3br9bwm9 | Credit Application | Online Installment Loan | WithU Loans |
| 1/27/2023 4:02:27 pm EST fpd1a6mfv | Credit Application | Auto Loan | Westlake Financial Services |
| 11/15/2022 5:01:18 pm EST jqg1h8g6dx | Credit Application | Online Installment Loan | Green Arrow Solutions |
| 11/15/2022 11:51:39 am EST awgk1s0Ozd | Credit Application | Online Installment Loan | WithU Loans |
| 9/6/2022 12:03:33 pm EDT c7ffkvmw19 | Credit Application | Online Installment Loan | WithU Loans |
| 5/8/2022 11:59:11 pm EDT 743d6nyhkq | Credit Application | Online Installment Loan | FEB/Personify |
| 3/18/2022 2:09:09 pm EDT 3zpjn56z6b | Legitimate Business Need | Online Rent-to-Own | Prog Leasing |
| 2/28/2022 4:41:51 pm EST 1hj2jnxn1x | Credit Application | Online Installment Loan | Green Arrow Solutions |
| 2/28/2022 4:40:03 pm EST gc8sq4g5ft | Credit Application | Online Installment Loan | WithU Loans |

# EXHIBIT B
## Ms. Martinez's Clarity Consumer Disclosure, August 11, 2023 – Excerpt

